**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
UNITED STATES OF AMERICA,
                Plaintiff,

                                                **ADOPTION ORDER**
           -against-                        15-CV-2541 (ADS)(SIL)

CHRISTIAN R. DEFIRIS,
                Defendants.
---------------------------------------------------------X

**APPEARANCES:**

**Solomon & Solomon**
*Attorneys for the Plaintiff*
Five Columbia Circle, P.O. Box 15019
Albany, NY 12203
        By: Douglas M. Fisher, Esq., Of Counsel

**SPATT, District Judge**.

        On May 5, 2015, the Plaintiff the United States of America (the "Plaintiff") commenced this action seeking repayment of a student loan owed by the Defendant Christopher R. Defris (the "Defendant").

        On November 30, 2015, the Plaintiff moved for a default judgment.

        On December 2, 2015, the Court referred the Plaintiff's motion to United States Magistrate Judge Steven I. Locke for a recommendation as to whether the motion should be granted, and if so, (1) whether damages should be awarded, including reasonable attorney's fees and costs, and (2) whether any other relief should be granted.

        On April 7, 2016, Judge Locke issued a report ("R&R") recommending that the Plaintiff's motion be granted in part and denied in part, and that the United States be awarded total damages of $2.171.57 in principal, $405.00 in pre-judgment interest through June, 30, 2015, and post-judgment interest.

It has been more than fourteen days since the service of the R&R, and the parties have not filed objections.

As such, pursuant to 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72, this Court has reviewed the R&R for clear error, and finding none, now concurs in both its reasoning and its result. See Coburn v. P.N. Fin., No. 13-CV-1006 (ADS) (SIL), 2015 WL 520346, at *1 (E.D.N.Y. Feb. 9, 2015) (reviewing Report and Recommendation without objections for clear error).

Accordingly, the R&R is adopted in its entirety. The Clerk of the Court is directed to enter judgment for the Plaintiff in accordance with the R&R, and to close this case.

**SO ORDERED.**
Dated: Central Islip, New York
September 30, 2016

                                            _Arthur D. Spatt_
                                            ARTHUR D. SPATT
                                         United States District Judge